# Court of Appeals
# of the State of Georgia

ATLANTA, July 02, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1689. MARY ANN HILL v. AUTOMOBILE ACCEPTANCE CORPORATION.**

This case originated in magistrate court. Following an adverse ruling, defendant Mary Ann Hill appealed to state court. The state court entered judgment in favor of the plaintiff in the amount of $2,977.63, and Hill filed this appeal. We lack jurisdiction for two reasons.

First, appeals from state court decisions reviewing magistrate court decisions by de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Second, appeals of all actions for damages in which the judgment is $10,000.00 or less must also be initiated by filing a discretionary application. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Hill did not follow the proper procedure for obtaining appellate review, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/02/2021
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.